IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

RICHARD W. DAVENPORT,
JR.,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

     Appellant,

CASE NO. 1D13-3872

v.

FRANK McKEITHEW, Sheriff,
Bay County Sheriff's Office,

     Appellee.

_____/

Opinion filed September 10, 2014.

An appeal from the Circuit Court for Bay County.
Hentz McClellan, Judge.

Richard W. Davenport, Jr., pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

     AFFIRMED.

WOLF, ROWE, and OSTERHAUS, JJ., CONCUR.